ACCEPTED
03-14-00379-CR
3830809
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 3:20:22 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00379-CR**

| | | |
|---|---|---|
| **WILLIAM EVERETTE RAZOR** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **3RD SUPREME JUDICIAL** |
| | § | |
| **THE STATE OF TEXAS** | § | **DISTRICT AT AUSTIN** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 2:56:22 PM
JEFFREY D. KYLE
Clerk

### MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Gary E. Prust, Appellate Counsel for William Everette Razor. Movant requests the Court to grant Movant permission to withdraw as attorney for Appellant. In support thereof, Movant respectfully shows:

I.

An *Anders* brief has been filed in this matter, and therefore I am requesting to be relieved of my representation.

II.

A true and correct copy of this motion has been delivered to Appellant at his current address at the Bartlett State Jail, 1018 Arnold Dr., Bartlett, Texas 76511.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enter an Order discharging Movant as attorney of record, in Cause No. 03-14-00379-CR, for Appellant, William Razor.

William Everette Razor
Motion for Withdrawal of Counsel

1

Respectfully submitted,

/s/ Gary Prust

Gary E. Prust
State Bar No. 24056166
1607 Nueces St.
Austin, Texas 78701
(512)469-0092
Fax (512)469-9102
gary@prustlaw.com
Attorney for William Everette Razor

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served upon Bob Odom via electronic service with efile.texas.gov on this the 20th day of January, 2015.

/s/ Gary Prust
Gary E. Prust

## CAUSE NO. 03-14-00379-CR

| | | |
|---|---|---|
| **WILLIAM EVERETTE RAZOR** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **3RD SUPREME JUDICIAL** |
| | § | |
| **THE STATE OF TEXAS** | § | **DISTRICT AT AUSTIN** |

## ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

On this _____ day of _____, 20_____, the Court considered the Motion for Withdrawal of Counsel of Gary E. Prust, Movant.

The Court finds that good cause exists for withdrawal of Movant as counsel.

IT IS, THEREFORE, ORDERED that Movant is permitted to withdraw as counsel of record for Appellant, William Everette Razor, is hereby DISCHARGED from his representation of Appellant,in Cause No. 03-14-00379-CR.

SIGNED this _____ day of _____, 20_____.


_____
JUDGE PRESIDING